1 Clifford E. Fried, Esq., SBN 118288
  Alana Grice Conner, Esq. SBN 182676
2 Fried & Williams LLP
  480 Ninth Street
3 Oakland, CA 94607
  (510) 625-0100
4

  Attorneys for Plaintiff
5 RWW Properties, LLC

6

7

8                    IN THE UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10

11 | David Ocampo, Maria Ocampo,    CASE NO. 13-0182 JCS and
12 |                                Related Case Nos. 13-0183 and 13-0184
   |         Petitioner,
13 |
   |    v.                          **REQUEST FOR TELEPHONIC
14 |                                APPEARANCE**
15 | RWW Properties, LLC,           Date: March 8, 2013
                                    Time: 9:30 a.m.
16 |         Defendants             Courtroom: G-15th Floor
                                    Honorable Joseph C. Spero
17

18

19
   Defendant's counsel, Alana Grice Conner requests to appear telephonically for Motion to
20 Remand hearing set for March 8, 2013 at 1:30 p.m. The telephone number for the Defendant's
21 counsel is (510) 625-0100.

22
   Date: March 7, 2013                          Respectfully Submitted:
23                                               FRIED & WILLIAMS LLP
24 IT IS HEREBY ORDERED THAT
   Ms. Conner shall be on phone standby
25 beginning at 9:30 AM and await the Court's   Alana Grice Conner
                                                 Attorneys for Defendants
26 call.                                         RWW Properties, LLC
   Dated: 3/7/13
27

28

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

REQUEST FOR TELEPHONIC APPEARANCE