**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6         FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    RWW PROPERTIES, LLC,                   No.  CV 13-00182 JCS
                                                 CV 13-00183 JCS
9              Plaintiff,                         CV 13-00184 JCS

10        v.                                **ORDER**

11   DAVID OCAMPO,

12             Defendant.
                                          /
13

14   GOOD CAUSE APPEARING THEREFOR,

15        IT IS ORDERED that this case is reassigned to the **Honorable Charles R. Breyer** in the

16   **San Francisco division** for all further proceedings. Counsel are instructed that all future filings shall

17   bear the **initials CRB** immediately after the case number. All hearing dates presently scheduled are

18   vacated and motions should be renoticed for hearing before the judge to whom the case has been

19   reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a

20   magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed

21   for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.

22   Civ. P. 72(b).

23

24                                          FOR THE EXECUTIVE COMMITTEE:

25

26   Dated:  March 12, 2013

                                            Richard W. Wieking
27   rev 4-12                               Clerk of Court

28